**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Corrine Daniels, | No. CV-09-2059-PHX-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

Pending before the Court is Defendant's Unopposed Motion for Entry of Judgment With Order To Remand (Dkt. # 22), seeking that the Court enter an order of judgment vacating the decision of the administrative law judge ("ALJ") and remanding the case to the Commissioner for further administrative proceedings. The Motion asserts that Plaintiff's counsel gave oral consent to the filing of the Motion.

Therefore, pursuant to 42 U.S.C. § 405(g),

**IT IS HEREBY ORDERED** that the decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.

1. The Social Security Administration's Appeals Council will vacate the decision of the ALJ in its entirety and remand the matter to the ALJ for a *de novo* hearing and a new decision.

2. Upon remand, the ALJ will be directed to consider and to explain the relative

weight of all the evidence, including all medical opinions.

3. If necessary, the ALJ will obtain evidence from a vocational expert to identify appropriate jobs in the national economy based upon the assessed limitations and to resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles.

4. The Clerk of the Court is directed to enter a separate order of judgment pursuant to Federal Rule of Civil Procedure 58.

DATED this 2nd day of June, 2010.

G. Murray Snow
United States District Judge